NO. 03-15-00069-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

CHARLES R. RANDY TURNER,
Appellant

V.

AQUAPLEX, INC. and JAMES EDWARD JONES, JR.,
Appellee

On Appeal from the 126th District Court of Travis County, Texas
Honorable Darlene Byrne, Presiding

## APPELLANT'S MOTION TO DISMISS APPEAL

Charles R. "Randy" Turner, APPELLANT in the above-styled and numbered appeal files this motion to dismiss that appeal pursuant to T.R.A.P. 42.19(a)(1).

Appellant filed his Notice of Appeal on January 26, 2015. Appellant has since reached an accord with Appellees so that an appeal is no longer necessary.

Accordingly, Appellant respectfully requests that this appeal be dismissed with prejudice to the right of Appellant to ever file another appeal in this case. No other action need be taken by the Court.

1



RECEIVED
FEB 1 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## Certificate of Conference

In accordance with T.R.A.P. 10.1(5), Appellant has conferred with all parties and there is no opposition to this motion.

Respectfully submitted,

Charles R. "Randy" Turner, Pro Se, Personally
and for Rancho La Valencia, Inc.
4305 Livingston Avenue
Dallas, Texas 75205
(214) 796-1969
crturnerdallas@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via email this 10 day of February, 2015 to the following:

Email: dbrothers@gbkh.com
D. Douglas Brothers
George, Brothers, Kincaid & Horton, L.L.P.
114 W. 7th Street, Suite 1100
Austin, TX 78701

Email: kallen@gdhm.com
Kathryn E. Allen
Graves, Dougherty, Hearon & Moody
401 Congress Ave. Suite 2200
Austin, Texas 78701

Charles R. "Randy" Turner

017H15528893
$0.980
HASLER
02/09/2015
Mailed From 78701

, Turner
venue
5

Third Court of Appeals
Clerk of the Court: Jeffrey D. Kyle
PO Box 12547
Austin, Texas 78711

Send to

RECEIVED

FEB 17 2015

TEXAS EMERGENCY SERVICES
RETIREMENT SYSTEM